# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PNEU-DART, INC., | No. 4:20-CV-00497 |
| Plaintiff, | (Judge Brann) |
| v. | |
| GENERAL STAR INDEMNITY COMPANY, | |
| Defendant. | |

## ORDER

**AND NOW**, this 16th day of July 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Dismiss Defendant's Amended Counterclaim, Doc. 16, is **DENIED**.

2. Plaintiff's Answer to Defendant's Amended Counterclaim is due no later than July 30, 2020.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge